# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ESTATE OF ANTHONY MICHAEL VIOLA; ELLEN VIOLA, INDIVIDUALLY, AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF ANTHONY MICHAEL VIOLA; AND LOUIS VIOLA, AN INDIVIDUAL, Appellants, vs. COUNTY OF CLARK, A POLITICAL SUBDIVISION OF THE STATE OF NEVADA; CLARK COUNTY PUBLIC WORKS, A LOCAL GOVERNMENT ENTITY AND POLITICAL SUBDIVISION OF THE STATE OF NEVADA; THE STATE OF NEVADA; CITY OF LAS VEGAS, A LOCAL GOVERNMENT ENTITY AND POLITICAL SUBDIVISION OF THE STATE OF NEVADA; PARSONS TRANSPORTATION GROUP, INC., A NEVADA CORPORATION; VTN NEVADA, A NEVADA CORPORATION; AND MEADOW VALLEY CONTRACTORS, INC., A NEVADA CORPORATION, Respondents. | No. 78288 <br><br> FILED <br><br> MAY 1 5 2019 <br> ELIZABETH A. BROWN <br> CLERK OF SUPREME COURT <br> BY _____ <br> DEPUTY CLERK |

## ORDER DISMISSING APPEAL

Pursuant to appellant's notice of withdrawal filed on March 18, 2019, this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

19-21477

cc: Chief Judge, The Eighth Judicial District Court
Hon. David Barker, Senior Judge
Gentile, Cristalli, Miller, Armeni & Savarese, PLLC
Attorney General/Carson City
Las Vegas City Attorney
Weil & Drage, APC
Lee, Hernandez, Landrum & Carlson, APC
Bullard, Brown & Beal, LLP/Las Vegas
Messner Reeves LLP
Eighth District Court Clerk